UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON, | NO. CIV. 2:14-1663 WBS AC |
|         Plaintiff, | |
|    v. | |
| LEONCIO NATERAS RUIZ; MARIA ISABEL RUIZ; ROBERT DEVITA; and DOES 1-10, | |
|         Defendants. | |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for November 10, 2014, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All named defendants have been served, and no further

1

1   service is permitted without leave of court, good cause having

2   been shown under Federal Rule of Civil Procedure 16(b).

3              II.  JOINDER OF PARTIES/AMENDMENTS

4              No further joinder of parties or amendments to

5   pleadings will be permitted except with leave of court, good

6   cause having been shown under Federal Rule of Civil Procedure

7   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

8   (9th Cir. 1992).

9              III. JURISDICTION/VENUE

10             Jurisdiction is predicated upon federal question

11  jurisdiction, 28 U.S.C. §§ 1331, 1343, because plaintiff's claims

12  arise under the Americans with Disabilities Act, 42 U.S.C. §

13  12101 et seq.  Supplemental jurisdiction is predicated upon 28

14  U.S.C. § 1367.  Venue is undisputed and is hereby found to be

15  proper.

16             IV. SETTLEMENT CONFERENCE

17             The court has determined that this case is appropriate

18  for an early settlement conference.  The parties shall contact

19  the assigned magistrate judge's courtroom deputy no later than

20  December 8, 2014, by phone or email to schedule an early

21  settlement conference.  Contact information for the assigned

22  magistrate judge is available at www.caed.uscourts.gov under the

23  "Judges" tab.

24             At the settlement conference, each party is ordered to

25  have a principal with full settlement authority present at the

26  conference or be fully authorized to settle the matter on any

27  terms.  No later than seven days before the date of the

28  Settlement Conference, counsel for each party shall submit a

1   confidential Settlement Conference Statement to the settlement

2   judge.  Such statements shall not be filed, but shall be

3   delivered to the chambers of the settlement judge, in hard copy.

4          V.   DISCOVERY

5          The parties indicate that they have served the initial

6   disclosures required by Federal Rule of Civil Procedure 26(a)(1).

7   Any initial disclosures that were not served shall be served no

8   later than November 21, 2014.

9          Plaintiff requests that the number of interrogatories

10  under Federal Rule of Civil Procedure 33(a)(1) be increased to

11  forty-five for both parties.  Because defendant does not oppose

12  this request, the court will approve the additional twenty

13  interrogatories for both parties.

14         The parties shall disclose experts and produce reports

15  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

16  later than March 20, 2015.  With regard to expert testimony

17  intended solely for rebuttal, those experts shall be disclosed

18  and reports produced in accordance with Federal Rule of Civil

19  Procedure 26(a)(2) on or before April 10, 2015.

20         All discovery, including depositions for preservation

21  of testimony, is left open, save and except that it shall be so

22  conducted as to be completed by April 30, 2015.  The word

23  "completed" means that all discovery shall have been conducted so

24  that all depositions have been taken and any disputes relevant to

25  discovery shall have been resolved by appropriate order if

26  necessary and, where discovery has been ordered, the order has

27  been obeyed.  All motions to compel discovery must be noticed on

28  the magistrate judge's calendar in accordance with the local

1    rules of this court and so that such motions may be heard (and

2    any resulting orders obeyed) not later than April 30, 2015.

3              VI.  MOTION HEARING SCHEDULE

4              All motions, except motions for continuances, temporary

5    restraining orders, or other emergency applications, shall be

6    filed on or before May 29, 2015.  All motions shall be noticed

7    for the next available hearing date.  Counsel are cautioned to

8    refer to the local rules regarding the requirements for noticing

9    and opposing such motions on the court's regularly scheduled law

10   and motion calendar.

11             VII.  FINAL PRETRIAL CONFERENCE

12             The Final Pretrial Conference is set for August 3,

13   2015, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

14   attended by at least one of the attorneys who will conduct the

15   trial for each of the parties and by any unrepresented parties.

16             Counsel for all parties are to be fully prepared for

17   trial at the time of the Pretrial Conference, with no matters

18   remaining to be accomplished except production of witnesses for

19   oral testimony.  Counsel shall file separate pretrial statements,

20   and are referred to Local Rules 281 and 282 relating to the

21   contents of and time for filing those statements.  In addition to

22   those subjects listed in Local Rule 281(b), the parties are to

23   provide the court with: (1) a plain, concise statement which

24   identifies every non-discovery motion which has been made to the

25   court, and its resolution; (2) a list of the remaining claims as

26   against each defendant; and (3) the estimated number of trial

27   days.

28             In providing the plain, concise statements of

1  undisputed facts and disputed factual issues contemplated by

2  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

3  that remain at issue, and any remaining affirmatively pled

4  defenses thereto.  If the case is to be tried to a jury, the

5  parties shall also prepare a succinct statement of the case,

6  which is appropriate for the court to read to the jury.

7            VIII.  <u>TRIAL SETTING</u>

8            The jury trial is set for October 6, 2015, at 9:00 a.m.

9  The parties estimate that a jury trial will last three to five

10  days.

11            IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

12            Any requests to modify the dates or terms of this

13  Scheduling Order, except requests to change the date of the

14  trial, may be heard and decided by the assigned Magistrate Judge.

15  All requests to change the trial date shall be heard and decided

16  only by the undersigned judge.

17

18            Dated:  November 5, 2014

19

20            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

5