1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

LEONCIO NATERAS RUIZ;
MARIA ISABEL RUIZ;
ROBERT DEVITA; and Does 1-10**,**

        Defendants.

Case No.: 2:14-CV-01663-WBS-AC

**JOINT STIPULATION AND ORDER
REGARDING DISCOVERY**

## JOINT STIPULATION

The following terms, phrases, and definitions will be applied in this stipulation and are intended to conform to the usage given in the Americans with Disabilities Act Accessibility Guidelines:

| | | |
|---|---|---|
| 1 | **ADAAG:** | Americans with Disabilities Act Accessibility Guidelines found |
| 2 | | at 28 C.F.R. Part 36. |
| 3 | **ACCESSIBLE:** | Complying with the technical requirements of the ADAAG. |
| 4 | **SUBJECT PROPERTY:** | Valley Trading Post, located at or about 2294 Waterloo Road, |
| 5 | | Stockton, California. |
| 6 | **READILY ACHIEVABLE:** | Shall have the same definition as that found at 42 U.S.C. § |
| 7 | | 12181(9). |
| 8 | **BARRIER:** | Any architectural or configuration element of the subject |
| 9 | | property that does not comply with the technical provisions |
| 10 | | found in the Americans With Disabilities Act Accessibility |
| 11 | | Guidelines and/or Title 24 of the California Code of |
| 12 | | Regulations, and which is identified in the Plaintiff's complaint. |

**PLAINTIFF SCOTT JOHNSON AND DEFENDANTS LEONCIO NATERAS RUIZ, MARIA ISABEL RUIZ, AND ROBERT DEVITA, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE:**

**WHEREAS** Plaintiff has propounded written discovery to assist him in determining the ability of the Stipulating Defendants to undergo "readily achievable" barrier removal and to support Plaintiff's damages assessment; and

**WHEREAS** such discovery information is of a personal and confidential nature and, therefore, the Stipulating Defendants have a legitimate concern about unnecessarily producing such information;

The Plaintiff and the Stipulating Defendants enter into the following stipulation:

1  **Plaintiff**: Plaintiff will currently forbear from propounding any discovery that seeks information

2  concerning the financial status, ability, or wherewithal of the Stipulating Defendants. Plaintiff also

3  withdraws all discovery already propounded concerning this information, including but not limited to:

4  Interrogatories, Set One, nos. 4, 14, and 15 and Requests for Production of Documents, Set One, nos.

5  9, 11, and 12.

6

7  **Stipulating Defendants**: The Stipulating Defendants hereby declare that in determining whether the

8  removal of a BARRIER is READILY ACHIEVABLE, factors such as the (1) Stipulating Defendant's

9  financial resources; (2) the facility's financial resources; (3) the "effect on expenses and resources";

10  and (4) impact on finances, shall NOT be raised by STIPULATING DEFENDANTS as a defense as

11  to why the Stipulating Defendant cannot remedy and/or remove those alleged BARRIERS.

12  Defendants further stipulate to respond fully to all discovery requests not concerning the financial

13  status, ability, or wherewithal of the Stipulating Defendants within 14 days of the Court's Order.

14

15  **NOTE:**  Stipulating Defendants are **not** stipulating (A) liability to the Plaintiff; (B) that the above

16  identified barrier removals are required by law; (C) that the above referenced barriers exist; or (D) that

17  they are subject to the ADA or related state disability access laws.

18

19  **NOTE:**  The parties understand that the Plaintiff reserves his right to seek financial information in

20  support of a claim for punitive damages. However, Plaintiff will forbear from seeking that information

21  until Plaintiff believes that further discovery information warrants the prosecution of a punitive

22  damages claim against the Stipulating Defendants. Even if Plaintiff reaches a decision that a punitive

23  damages claim should be prosecuted, Plaintiff will, nonetheless, wait until the end of the discovery

24  window to request such information so as to allow maximum opportunity for resolution of the case.

25

26  **IT IS SO STIPULATED.**

27

1   Dated:  April 20, 2015           CENTER FOR DISABILITY ACCESS

2

3

4                                   By:    /s/ Amanda Lockhart

5                                   AMANDA LOCKHART
                                    Attorney for Plaintiff

6

7   Dated:   April 20, 2015          MICHAEL D. WELCH ASSOCIATES

8

9

10                                  By:    /s/ Michael D. Welch

11                                  MICHAEL D. WELCH
                                   Attorney for Defendants

12

13

14

15                                 **ORDER**

16         IT IS SO ORDERED.

17   DATED:  April 22, 2015

18                               _____
                              ALLISON CLAIRE

19                               UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27