UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> LEONCIO NATERAS RUIZ; <br> MARIA ISABEL RUIZ; <br> ROBERT DEVITA; and Does 1-10, <br><br> Defendants. | Case No.: 2:14-CV-01663-WBS-AC <br><br><br> **Order Dismissing Causes of Action Three and Four** |

### **ORDER**

Having read the Stipulation of counsel and good cause appearing therefore, this Causes of Action Three and Four in the above-entitled action are hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs as to those Causes of Action only.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE