# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>**Leoncio Nateras Ruiz,** et al., <br><br>　　　　Defendants. | Case No.: 2:14-cv-01663-WBS-AC <br><br> **[PROPOSED]** **ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Leoncio Nateras is continued to July 27, 2016 at 10:00 a.m. in Courtroom 26, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: April 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams　　　-1-