UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Leoncio Nateras,** et al.,

    Defendants.

Case No.: 2:14-cv-01663-WBS-AC

**[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION**

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Robert Devita is continued to August 24, 2016 at 10:00 am in Courtroom 26, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: July 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams         -1-