UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>        Plaintiff, <br><br>   v. <br><br> **Leoncio Nateras,** et al., <br><br>        Defendants. | Case No.: 2:14-cv-01663-WBS-AC <br><br> **[PROPOSED]** ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Leoncio Nateras is continued to September 21, 2016 at 10:00 am in Courtroom 26, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: July 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams              -1-